# In the United States Court of Federal Claims

No. 18-871T
(Filed: January 21, 2021)

|  |  |
|---|---|
| **TIMOTHY C. DEVINE** | ) |
|  | ) |
| *Plaintiff,* | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **UNITED STATES,** | ) |
|  | ) |
| *Defendant.* | ) |
|  | ) |
|  | ) |

## <u>ORDER</u>

The Court issued its opinion in this case (ECF 46) on January 14, 2021, together with an order (ECF 47) dismissing the plaintiff's claim and transferring the counterclaims to the Central District of California.  Judgment was entered the same day.  On January 21, 2021, the defendant filed a motion for clarification (ECF 49).  The Court treats the motion as a motion to correct the opinion, and as so construed, the motion is **GRANTED.**

The Court will reissue the opinion as corrected *nunc pro tunc*, and the corrected opinion shall replace in full the previously filed opinion.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**